**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 26-5270-JFW(SSCx)**                                Date:  June 26, 2026

Title:    Danny Atar -v- The Travelers Indemnity Company

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**

In the Court's Order filed on June 1, 2026 (Docket No. 10), the parties were "directed to comply with Rule 26 of the Federal Rules of Civil Procedure and Local Rule 26-1 in a timely fashion and to file a Joint Report, on or before **June 26, 2026**."  However, in the Rule 26(f) Report, filed on June 25, 2026 (Docket No. 18), Defendant and Counter-Claimant The Standard Fire Insurance Company ("SFIC") details Plaintiff and Counter-Defendant Danny Attar's unprofessional conduct during the conference held on June 16, 2026 and states that "Plaintiff and Counter-Defendant Danny Attar . . . has failed to provide SFIC with any inserts for this Report."

Accordingly, Plaintiff and Counter-Defendant Danny Atar is ordered to show cause, in writing, on or before **July 10, 2026**, why the Court should not impose sanctions in the amount of $1500.00 and/or why his Complaint should not be dismissed for his failure to participate in the preparation of the Rule 26(f) Joint Report and for his unprofessional conduct.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and/or dismissal of his Complaint.

IT IS SO ORDERED.

Initials of Deputy Clerk __sr__